under the Firm Name and Style of CLINTON & RUSSELL, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BERTRAM M. OESTREICHER, Appellant, v. JOHN D. McBARRON, Respondent, Impleaded with SIMON FRANKEL, Defendant. (No. 1.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BERTRAM M. OESTREICHER, Appellant, v. JOHN D. McBARRON, Respondent, Impleaded with SIMON FRANKEL, Defendant. (No. 2.)— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LILLIAN E. OESTREICHER, Appellant, v. JOHN D. McBARRON, Respondent, Impleaded with SIMON FRANKEL, Defendant. (No. 3.)— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MITSUI & COMPANY, LTD., Respondent, v. PIERO COLOMBO, General Partner of P. COLOMBO & COMPANY, a Limited Partnership, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HYMAN OLINGER, Appellant, v. GIMBEL BROS., NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HARRY SUGARMAN, Appellant, v. HARRY FREEMAN, Respondent.— Determination modified by directing that the judgment of the Municipal Court be reversed and a new trial ordered, with costs to defendant, appellant, to abide the event; and as so modified affirmed, without costs in this court, on the ground that a question of fact was presented as to whether the defendant waived the production of the proposed purchaser. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAY S. PELZER, as Administratrix, etc., of BERNARD S. PELZER, Deceased, Respondent, v. UNITED DREDGING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAY S. PELZER, as Administratrix, etc., of BERNARD S. PELZER, Deceased, Respondent, v. RAYMOND A. PERRY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN MIELE v. FELICIANO ACIERNO and Others.— Appeal dismissed, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

TERMINAL AND TOWN TAXI CORPORATION v. JOSEPH A. O'ROURKE and Another, REPUBLIC AUTO PAINTING COMPANY, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JACOB FISCHEL v. BARNET KLAR and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HARRY GEORGE JACOBI v. RHODES BUSINESS AND PREPARATORY SCHOOL.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.